UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
Scan Only _____

CASE NO.: CV 12-09005 SJO (SSx)  DATE: December 5, 2012

TITLE: Keith Jones et al v. Capital Grille Holdings, Inc. d/b/a The Capital Grille, GMRI, Inc. and Darden Restaurants, Inc.

========================================================================
PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                          Not Present
Courtroom Clerk                           Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**     **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                               Not Present

========================================================================
**PROCEEDINGS:** IN CHAMBERS

The Court finds the following matters suitable for disposition without oral argument and **vacates** the hearing. See Fed. R. Civ. P. 78(b).

MOTION to Compel Arbitration and MOTION to Stay Case pending Motion to Compel Dispute Resolution Process filed by defendants Capital Grille Holdings, Inc., Darden Restaurants, Inc., GMRI, Inc.. [96]: hearing 12/10/12

MOTION to Compel Arbitration( Motion set for hearing on 12/17/2012 at 10:00 AM before Judge S. James Otero.), MOTION to Stay Case pending pending Motion to Compel Dispute Resolution Process filed by defendants Capital Grille Holdings, Inc., Darden Restaurants, Inc., GMRI, Inc.[101]; hearing 12/17/12

MOTION for Leave to file Amended Complaint filed by Plaintiff Charles Bunting, Edwin Alfonzo Cruz, Rodrigo Cruz, Raul Gutierrez, Julian Hernandez, Antonio Morales, Joel E Nazareno Donis, Oscar Perez, Santos Perez-Sandaj, Javier Rosas, Sergio Vazquez [103]: hearing 12/17/12